IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUNA PATTERSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WALMART, INC., et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 23-272 |

## ORDER

**AND NOW**, this 3rd day of April 2023, upon consideration of Plaintiff's Motion to Continue the Rule 16 Conference (Doc. No. 7), it is **ORDERED** that the Motion (Doc. No. 7) is **GRANTED** and the Rule 16 Conference is **CANCELLED**.[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] Defendant Walmart, Inc. has not been served in this case. Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve a defendant within ninety (90) days of the Complaint's filing. F.R.C.P. 4(m). Plaintiff filed the Complaint on January 23, 2023. Therefore, the Complaint must be served by April 23, 2023. For this reason, the Rule 16 Conference will be continued to a more suitable date.