## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAUNA PATTERSON,** : | |
|     **Plaintiff,** : | |
| : | No. 23-00272 |
| v. : | |
| : | |
| **WALMART, INC.** : | |
|     and. : | |
| **RAYMOND TRENT** : | |
|     and : | |
| **MICHAEL SLOWIK,** : | |
|     **Defendants.** : | |

### SUGGESTION OF DEATH OF PLAINTIFF, SHAUNA PATTERSON

Counsel for defendant, Police Officer Michael Slowik, in the above-referenced matter gives notice and suggests upon the record, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, that Shauna Patterson is deceased having passed away on March 12, 2023. Plaintiff's counsel advised the Court of his client's death in a Motion filed on April 3, 2023 (see Document 7).

                                                **Respectfully Submitted,**

                                                **HOLSTEN ASSOCIATES, P.C.**

                                                *Suzanne McDonough*

                                                **Suzanne McDonough, Esquire**
                                                Attorney I.D. No.: 29394
                                                Holsten Associates, P.C.
                                                115 North Jackson Street
                                                Media, PA 19063
                                                (610) 566-7183
                                                Attorney for Defendant, Police Officer Michael Slowik

## **CERTIFICATE OF SERVICE**

I, Suzanne McDonough, Esquire, attorney for Defendant, Police Officer Michael Slowik, hereby certify that a true and correct copy of the within Suggestion of Death was electronically filed on the April 25, 2023 and copies of same were served via ECF upon the following:

Brian J. Zeiger, Esq.
Levin & Zeiger, LLP
1500 JFK Blvd., Suite 6520
Philadelphia, Pa.  19102
Zeiger@levinzeiger.com

Attorney for Plaintiff

**HOLSTEN ASSOCIATES, P.C.**

BY: *Suzanne McDonough*
_____
**Suzanne McDonough, Esquire**
Attorney I.D. No.: 29394
Holsten Associates, P.C.
115 North Jackson Street
Media, PA 19063
(610) 566-7183
Attorney for Defendant, Police Officer Michael Slowik