**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHAUNA PATTERSON,** : | |
| Plaintiff, : | |
| : | No. 23-00272 |
| v. : | |
| : | |
| **WALMART, INC.** : | |
| and. : | |
| **RAYMOND TRENT** : | |
| and : | |
| **MICHAEL SLOWIK,** : | |
| Defendants. : | |

## ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of the Motion to Dismiss the Complaint filed by Defendant, Michael Slowik, **IT IS HEREBY ORDERED** that the Motion to Dismiss the Complaint is **GRANTED** pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and the lawsuit is **DISMISSED WITH PREJUDICE.**
.

_____
**JOEL H. SLOMSKY, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUNA PATTERSON, | : |
|     Plaintiff, | : |
| | : No. 23-00272 |
| v. | : |
| | : |
| WALMART, INC. | : |
|    and. | : |
| RAYMOND TRENT | : |
|    and | : |
| MICHAEL SLOWIK, | : |
|     Defendants. | : |

**DEFENDANT, MICHAEL SLOWIK'S MOTION
TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Defendant, Michael Slowik, moves this Honorable Court for an Order dismissing the Complaint against him with prejudice and in support thereof, Moving Defendant relies upon its Memorandum of Law incorporated by reference herein and filed contemporaneously herewith.

Respectfully submitted,

**HOLSTEN ASSOCIATES, P.C.**

BY: /s/ *Suzanne McDonough*
_____
**SUZANNE MCDONOUGH, ESQUIRE
Attorney Defendant, Michael Slowik**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUNA PATTERSON,<br>     Plaintiff, | :<br>:<br>: No. 23-00272 |
| v. | :<br>: |
| WALMART, INC.<br>     and.<br>RAYMOND TRENT<br>     and<br>MICHAEL SLOWIK,<br>     Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT, MICHAEL SLOWIK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25 (a)(1)**

**I.   PROCEDURAL AND FACTUAL BACKGROUND**

This civil rights action was filed by Plaintiff, Shauna Patterson, on January 23, 2023. The geneses of the matter is an arrest of Plaintiff by Officer Michael Slowik on November 19, 2021. Following an Answer with New Matter by Defendant Slowik on February 8, 2023 (Doc. 5), the Court Ordered a pre-trial conference to be held on April 5, 2023. (Doc. 6). On April 3, in advance of the conference, Plaintiff's counsel, Brian Zeiger, Esquire, filed a Motion to Continue the Rule 16 conference advising the Court that the Plaintiff, Shauna Patterson, reportedly overdosed and was deceased and that there was no Estate raised. (Doc. 7). The Court granted the Motion to Continue the conference. According to the docket, Defendants, Walmart, Inc. and Raymond Trent, have never been served.

On April 25, 2023, counsel for Defendant, Michael Slowik, filed a Suggestion of Death as to Shauna Patterson who passed away on March 12, 2023. (Doc. 9, Exhibit A). Plaintiff's

obituary was published by Donohue Funeral Home.[1]  There has been no Estate substitution at the expiration of 90 days from the Suggestion of Death and the lawsuit should be dismissed.

## II.     ARGUMENT

### A.     RULE 25 REQUIRES DISMISSAL OF THE LAWSUIT

Rule 25(a)(1) provides as follows:

If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed. Fed. R. Civ. P. Rule 25(a)(1).

Under the Rule, serving a "statement noting the death", i.e., a suggestion of death, triggers a ninety (90) day period during which a motion for substitution should be filed. *See* McKenna v. Pacific Rail Serv., 32 F.3d 820, 836 (3d Cir. 1994) ("After the suggestion of death is filed, a 90-day countdown begins. Within 90 days, some other party or the executor or administrator of the deceased must move for substitution … , or the deceased's case will be dismissed.")  Ninety days has expired since the Suggestion of Death was filed, and there has been no substitution of an Estate in this matter.

## III.    CONCLUSION

For the reasons which are set forth more fully above, Moving Defendant, Michael Slowik, respectfully requests that the Court grant the Motion to Dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted,
**HOLSTEN ASSOCIATES, P.C.**

**/s/ Suzanne McDonough**
_____
**SUZANNE MCDONOUGH, ESQUIRE**
**Attorney for Defendant, Michael Slowik**

---

[1] https://www.donohuefuneralhome.com/obituaries/shauna-patterson

**CERTIFICATE OF SERVICE**

I, Suzanne McDonough, Esquire, attorney for Defendant, Michael Slowik. hereby certifies that a true and correct copy of the within Motion to Dismiss Plaintiff's Complaint with supporting Memorandum of Law and Certificate of Service were served upon the following individual(s) via electronic filing and e-mail this 26th day of July 2023:

Brian J. Zeiger, Esq.
Levin & Zeiger, LLP
1500 JFK Blvd., Suite 6520
Philadelphia, Pa.   19102
Zeiger@levinzeiger.com

Attorney for Plaintiff

Respectfully submitted,
**HOLSTEN ASSOCIATES, P.C.**

/s/Suzanne McDonough
**Suzanne McDonough, Esquire**
**Attorney ID No. 29394**
**115 North Jackson Street**
**Media, PA  19063**
**(610) 566-7183**
**Attorney for above-named Defendant, Michael Slowik**

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUNA PATTERSON,<br>      **Plaintiff,**<br><br>   v.<br><br>WALMART, INC.<br>    and.<br>RAYMOND TRENT<br>    and<br>MICHAEL SLOWIK,<br>      **Defendants.** | :<br>:<br>:  No. 23-00272<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **SUGGESTION OF DEATH OF PLAINTIFF, SHAUNA PATTERSON**

Counsel for defendant, Police Officer Michael Slowik, in the above-referenced matter gives notice and suggests upon the record, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, that Shauna Patterson is deceased having passed away on March 12, 2023. Plaintiff's counsel advised the Court of his client's death in a Motion filed on April 3, 2023 (see Document 7).

                                            **Respectfully Submitted,**

                                            **HOLSTEN ASSOCIATES, P.C.**

                                            *Suzanne McDonough*

                                            **Suzanne McDonough, Esquire**
                                            Attorney I.D. No.: 29394
                                            Holsten Associates, P.C.
                                            115 North Jackson Street
                                            Media, PA 19063
                                            (610) 566-7183
                                            Attorney for Defendant, Police Officer Michael Slowik

**CERTIFICATE OF SERVICE**

I, Suzanne McDonough, Esquire, attorney for Defendant, Police Officer Michael Slowik, hereby certify that a true and correct copy of the within Suggestion of Death was electronically filed on the April 25, 2023 and copies of same were served via ECF upon the following:

Brian J. Zeiger, Esq.
Levin & Zeiger, LLP
1500 JFK Blvd., Suite 6520
Philadelphia, Pa.   19102
Zeiger@levinzeiger.com

Attorney for Plaintiff

**HOLSTEN ASSOCIATES, P.C.**

BY: *Suzanne McDonough*
_____
**Suzanne McDonough, Esquire**
Attorney I.D. No.: 29394
Holsten Associates, P.C.
115 North Jackson Street
Media, PA 19063
(610) 566-7183
Attorney for Defendant, Police Officer Michael Slowik